UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA              :
                                      :
            v.                        :        7:26 CR 119 (PMH)
                                      :
KEVIN PORTER,                         :        **ORDER**
                                      :
                    Defendant.        :
------------------------------------------------------------x

At the sentencing hearing on June 30, 2026, and for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, Defendant is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: White Plains, New York
       June 30, 2026

                                        SO ORDERED:

                                        _____
                                        Philip M. Halpern
                                        United States District Judge